AO 245H (Rev 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For a Petty Offense) — Short Form |
| REGINALDO C. MONGES | CASE NUMBER: MA61   07-po-1400-TSH |
| | USM NUMBER: |
| WALTHAM, MA 02453 | Raymond A. O'Hara |
| | Defendant's Attorney |

**THE DEFENDANT:** REGINALDO C. MONGES

☑ **THE DEFENDANT** pleaded guilty to count(s)   Violation

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.23(a)(2) | Operating Motor Vehicle Under Inf. of Alcohol | 3/31/2008 | |

☐ Count(s) _____   ☐ is   ☐ are  dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** 535.00 | $ 10.00 | $ 500.00 | $ 25.00 |

Defendant's Soc Sec No  _____

Defendant's Date of Birth:  1974

Defendant's Residence Address

Defendant's Mailing Address

March 31, 2008
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Timothy S. Hillman, U.S. Magistrate Judge
Name and Title of Judge

May 20, 2008
Date